UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE**
**JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

March 14, 2003

(Electronically Filed)

Jonathan S. Nash, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Carolyn Peri Weiss, Esquire
Washington Lawyers Committee
 for Civil Rights an dUrban Affairs
11 Dupont Circle N. W. , Suite 400
Washington, D. C. 20036

Nadira Clarke, Esquire
Office of the U. S. Attorney
6625 U. S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE:   Jeanette Mellerson v. Jo Anne Barnhart.
      Civil Action No.: L-01-2090

Dear Counsel:

     Please be advised that further settlement in the above case has been scheduled for Friday, May 5, 2003 at 10:00 a.m. As stated in prior scheduling letters, it is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. If your client cannot attend in person and you wish to have him or her available by telephone, you will need advance permission from the Court to do so.

Mellerson v. Barnhart
Civil Action No.: L-01-2090
March 14, 2003

      Also, I would appreciate an updated letter from counsel advising me of any changes in the status of their settlement positions since our last meeting no later than Friday, April 25, 2003.

                                      Very truly yours,


                                      Paul W. Grimm
                                      United States Magistrate Judge


cc:    Honorable Benson E. Legg
        Court File