6225 Smith Avenue  
Baltimore, Maryland 21209-3600  
main 410.580.3000  fax 410.580.3001


JONATHAN S. NASH  
jonathan.nash@piperrudnick.com  
direct 410.580.4224

April 29, 2003

**VIA FACSIMILE**

Nadira Clarke, Esquire  
Assistant United States Attorney  
6625 United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201-2692

    Re:    **Jeanette Mellerson v. Joanne B. Barnhart, etc.**  
           **Civil No. L-01-2090**

Dear Ms. Clarke:

    I have now conferred with my client and all other interested persons about their availability for rescheduling the mediation before Judge Grimm. All interested persons have confirmed their availability for Wednesday, May 28, 2003, beginning at 10:30 a.m. It is my understanding that you and your client are likewise available on this date.

    I have contacted Judge Grimm's office, and they have reserved this date and time for the mediation. The *ex parte* mediation submissions updating Judge Grimm on the status of settlement discussions are now due on or before May 21, 2003.

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to call.

                                Sincerely yours,

                                Jonathan S. Nash

JSN/cjj

cc:    The Honorable Magistrate Judge Paul W. Grimm (via facsimile)  
       Carolyn Weiss, Esquire (via regular mail)  
       Susan Huhta, Esquire (via regular mail)  
       Jeanette Mellerson (via regular mail)

Nadira Clarke, Esquire<br>
April 29, 2003<br>
Page 2

bcc:   Tracey G. Turner, Esquire
       David W. Stamper, Esquire
       Amy Beth Leasure, Esquire

~BALT2:731557.v1
125-550