UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE
JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

May 13, 2003

(Electronically Filed)

Jonathan S. Nash, Esquire
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Carolyn Peri Weiss, Esquire
Washington Lawyers Committee
 for Civil Rights and Urban Affairs
11 Dupont Circle N.W., Suite 400
Washington, D. C. 20036

Nadira Clarke, Esquire
Office of the U. S. Attorney
6625 U. S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

RE:    Jeanette Mellerson v. Jo Anne Barnhart.
        Civil Action No.: L-01-2090

Dear Counsel:

        Please be advised that there has been a change in the settlement time for Wednesday, May 28, 2003.  The settlement  **will begin at 12:00 p.m. instead of 10:30 a.m.**   Thank you for your cooperation in this matter.

                            Very truly yours,
                             /S/
                            Paul W. Grimm
                            United States Magistrate Judge

cc:     Honorable Benson E. Legg
         Court File