IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-01-2090 |
| JOANNE B. BARNHART, | * | |
| Commissioner, Social Security Admin., | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101(2) of the United States District Court for the District of Maryland, please withdraw the appearance of Jonathan S. Nash as an attorney of record for plaintiff Jeanette Mellerson in the above captioned matter. Tracey Gann Turner, David W. Stamper and Amy Beth Leasure of Piper Rudnick LLP, and Carolyn Weiss and Susan Huhta of the Washington Lawyers Committee for Civil Rights and Urban Affairs will remain as attorneys of record for plaintiff Jeanette Mellerson.

Respectfully submitted,

/S/
_____
Tracey Gann Turner (Bar No. 07371)
Jonathan S. Nash (Bar No. 25582)
David W. Stamper (Bar No. 26750)
Amy Beth Leasure (Bar No. 26731)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Facsimile (410) 580-3001

Susan E. Huhta (Bar No. 14547)
Washington Lawyers' Committee
  for Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Attorneys for Plaintiff,
JEANETTE MELLERSON


_____
Jonathan S. Nash