IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-01-2090 |
| JOANNE B. BARNHART, | * | |
| Commissioner, Social Security Admin., | | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Withdraw Appearance, it is hereby ordered, this _____ day of _____, 2003:

(1)  That the Motion to Withdraw Appearance is GRANTED; and

(2)  That the appearance of Jonathan S. Nash is hereby stricken.

_____
The Honorable Benson E. Legg
United States District Court Judge