**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

July 11, 2003

**MEMORANDUM TO COUNSEL**

RE:    Mellerson v. Barnhart
       Civil Action No.: L-01-2090

Dear Counsel:

Please be advised that a telephone conference in the above-entitled case has been set for Friday, August 15, 2003 at 3:30 p.m. I would appreciate if counsel for the plaintiff, Tracey Turner, initiate the call to my chambers, counsel for defendant, and other counsel of record. Although informal in nature, this letter will constitute an order of the Court and will be docketed accordingly.

Your anticipated cooperation in this matter is greatly appreciated.

Very truly yours,
 /S/
Paul W. Grimm
United States Magistrate Judge