IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEANETTE MELLERSON,** | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L-01-2090 |
| **JOANNE B. BARNHART,** Commissioner, Social Security Admin. | * | |
| Defendant. | * | |

*   *   *   *   *   *   *   *

## ORDER

Upon consideration of the Motion to Withdraw Appearance, it is hereby ordered, this 15 day of August, 2003:

(1) That the Motion to Withdraw Appearance is GRANTED; and

(2) That the appearance of Jonathan S. Nash is hereby stricken.

_____
The Honorable Benson E. Legg
United States District Court Judge