UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
STRICT OF MARYLAND

2003 SEP 12
CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

September 8, 2003

MEMORANDUM TO COUNSEL RE:   Mellerson v. Barnhart
Civil #L-01-2090

Dear Counsel:

  Judge Grimm has advised me that you have successfully resolved the matter, with the exception of the plaintiff's claim for attorneys' fees, which the Court will decide. I thank Judge Grimm for his work in facilitating this voluntary disposition of the case. Because Judge Grimm is already familiar with the case, I suggest that counsel consider consenting to a referral of the attorneys' fees issue to Judge Grimm for him to resolve. Please let me know by September 17th whether you and your clients would consent to a referral.

           Very truly yours,

           Benson Everett Legg

c:   Judge Grimm

C/M CHAMBERS   9-12-03