# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
*main* 410.580.3000  *fax* 410.580.3001

AMY BETH LEASURE
amybeth.leasure@piperrudnick.com
*Direct* 410.580.4199  *fax* 410.580.3001

September 17, 2003

The Honorable Benson Everett Legg
Chief Judge
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

    Re:    *Mellerson v. SSA*
              Civil Action No. L-01-2090

Dear Judge Legg

    In response to your letter of September 8, 2003, undersigned counsel has conferred with counsel for the Social Security Administration regarding the referral of the attorneys' fees issue to Judge Grimm.  Both parties consent to the referral of the matter to Judge Grimm for him to resolve.

    Please do not hesitate to contact me if you have any questions.

                                    Sincerely,

                                    Amy Beth Leasure

ABL

*Piper Rudnick LLP*