**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4560**<br>**(410) 962-3630 FAX** |

October 9, 2003

**MEMORANDUM TO COUNSEL**

RE:   Mellerson v. SSA
      Civil Action No.: L-01-2090

Dear Counsel:

In your status letter dated September 17, 2003, you have informed me of your clients' willingness to consent to a Magistrate Judge for the issue of attorneys' fees. Accordingly, appropriate consent forms should be accessed on the courts web site: www.mdd.uscourts.gov by going to "Policies and Publications," clicking on "Forms," and select the form "Consent to Proceeding Before U.S. Magistrate Judge." Your executed form should then be electronically filed. Thereafter, a scheduling conference will be set.

Despite the informal nature of this letter it will constitute an order of the Court and will be docketed accordingly.

Very truly yours,

/S/
Paul W. Grimm
United States Magistrate Judge

PWG/jnf
Court File
Judge Benson E. Legg