IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| __Jeanette Mellerson_____ | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.:_L-01-2090_____ |
| | * | |
| __Joanne Barnhart, Commissioner,__ | | |
| Social Security Administration_____ | * | |
| Defendant | | |

****** 

**GENERAL CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28 U.S.C. ' 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

                                  __Jeannette Mellerson_____
                                  Name of Party

                                  _____/s/_____
                                  Susan E. Huhta (Bar No. 14547)
                                  Carolyn Weiss (Bar No. 15563)
                                  Washington Lawyers' Committee
                                  for Civil Rights & Urban Affairs
                                  11 Dupont Circle, N.W., Suite 400
                                  Washington, D.C. 20036

                                  Tracey G. Turner (Bar No. 07371)
                                  David W. Stamper (Bar No. 26750)
                                  Amy Beth Leasure (Bar No. 26731)
                                  PIPER RUDNICK LLP
                                  6225 Smith Avenue
                                  Baltimore, Maryland 21209-3600

                                  Signature of Party or Counsel

                                  _October 9, 2003_____
                                  Date