**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Nadira Clarke*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4857*
*FAX 410-962-2310*
*Nadira.Clarke@usdoj.gov*

November 14, 2003

The Honorable Paul W. Grimm
United States Magistrate Judge
Chambers 8B
101 W. Lombard Street
Baltimore, Maryland  21201

    Re:  <u>Mellerson v. Barnhart</u>,
          Civ. Action No. L-01-2090

Dear Judge Grimm:

    Enclosed please find a copy of the parties' proposed scheduling order for the briefing of the attorneys fee issue in the above-captioned case.  I previously agreed to submit the scheduling order on behalf of the parties, but failed to do so.  I apologize for any delay, and hope that the schedule proposed by the parties is acceptable to your Honor.  Thank you.

                        Very truly yours,

                        Thomas M. DiBiagio
                        United States Attorney

                                **/s/**
            By:_____
                Nadira Clarke
                Assistant United States Attorney

cc:  Amy Beth Leasure
     Carolyn Weiss