IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEANETTE MELLERSON,                    *

    Plaintiff,                         *

  v.                                  *       Civil No. L-01-2090

JOANNE B. BARNHART,                    *
Commissioner, Social Security Admin.,
                                       *
    Defendant.
                                       *

    *    *    *    *    *    *    *    *    *

## SCHEDULING ORDER

Based on the consent of the parties and consideration by this Court, it is this _____ day of _____, 2003,

ORDERED, that within thirty (30) days of the mutual execution of a written settlement agreement memorializing the agreement in principle reached on September 4, 2003, in the above-captioned case, Plaintiff will submit a fee petition for fees and costs incurred during the prosecution of this case; and it is further

ORDERED, that within thirty (30) days of the filing of Plaintiff's fee petition, Defendant may submit an opposition thereto; and it is further

ORDERED, that within fifteen (15) days of the filing of Defendant's opposition, if any, Plaintiff may submit a reply thereto.

_____

                         United States Magistrate Judge Paul W. Grimm