IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: L-01-2090 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE B. BARNHART, | ) | |
| Commissioner | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiff Jeanette Mellerson, by counsel, hereby moves for an Award of Attorneys' Fees and Costs for the work done by her counsel in successfully resolving her claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII"), the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 621 et seq. ("ADEA"), and the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 701 ("Rehabilitation Act").

Plaintiff seeks $133,979 in attorneys' fees and $3,738 in costs for the work done by her counsel in resolving her claims. The grounds for this motion, and a detailed description

of the expenses and attorney's fees incurred by Plaintiff, are set forth more fully in the accompanying Memorandum in Support and Exhibits attached thereto.

Respectfully submitted,

_____/s/_____
Tracey Gann Turner (Bar No. 07371)
David W. Stamper (Bar No. 26750)
Amy Beth Leasure (Bar No. 26731)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600
(410) 580-3000
Facsimile (410) 580-3001

Susan E. Huhta (Bar No. 14547)
Carolyn P. Weiss (Bar No. 15563)
Washington Lawyers' Committee
   for Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036

Attorneys for Plaintiff,
JEANETTE MELLERSON

Dated: November 17, 2003