# Piper Rudnick

6225 Smith Avenue
Baltimore, Maryland 21209-3600
Main 410.580.3000  fax 410.580.3001

DAVID W. STAMPER
david.stamper@piperrudnick.com
direct 410.580.4299  fax 410.580.3299

June 4, 2002

**FACSIMILE AND U.S. MAIL**

Ariana Wright Arnold
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

    Re:    **Jeanette Mellerson v. Joanne B. Barnhart, etc.
              Civil No. L-01-2090**

Dear Ms. Arnold:

    With regards to the above-referenced litigation, please be advised that we are commencing our investigation into the circumstances surrounding the Social Security Administration's failure to promote Ms. Mellerson, in the course of which we intend to interview both current and former SSA employees.

    We plan to contact directly both former and current low-level employees, including those SSA employees who were on the "Best Qualified List" with Ms. Mellerson. Any contact with higher-level SSA employees, in particular those who were involved in the promotional process, will be initiated through your office.

    If you have any questions, please do not hesitate to call.

                                Sincerely yours,

                                David W. Stamper

/dws

cc:    Jonathan S. Nash, Esquire

Baltimore   Chicago   Dallas   Edison   Los Angeles   New York   Philadelphia   Reston   Tampa   Washington   www.piperrudnick.com
Piper Rudnick LLP and related entities including an Illinois General Partnership