**Telephone Message from Ariana Wright Arnold**
**Re: Jeanette Mellerson**
**June 5, 2002**

Hi, this is Ariana Arnold calling from the U.S. Attorneys' Office. I'm calling in reference to your letter dated June 4th, in which you state your intention to contact various SSA employees. I wanted to let you know that we consider all those employees to be represented parties under 4.2 and would not at all be interested in permitting you to talk to them outside the presence of counsel. Please give me a call at 410-209-4883. Thank you.