IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: L-01-2090 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE B. BARNHART, | ) | |
| Commissioner | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit K, which is an attachment to Memorandum in Support of Plaintiff's Petition for an Award of Attorneys' Fees and Costs, exists only in paper format and is longer than or, if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date: November 17, 2003

_____/s/_____
David W. Stamper (Bar No. 26750)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600
(410) 580-3000
Facsimile (410) 580-3001