IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEANETTE MELLERSON            ) | |
| )                              | |
| )                              | |
| Plaintiff,      )              | Civil Action No.:  L-01-2090 |
| )                              | |
| v.                          )  | |
| )                              | |
| JOANNE B. BARNHART,         )  | |
| Commissioner                )  | |
| Social Security Administration ) | |
| )                              | |
| Defendant.      )              | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO SUBSTITUTE EXHIBITS TO PLAINTIFF'S PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiff Jeanette Mellerson, by counsel, hereby moves the Court for permission to substitute page 6 of Exhibit J, Declaration of Susan E. Huhta, and Exhibit J-2, the Washington Lawyers' Committee's billing records, of Plaintiff's Petition for an Award of Attorneys' Fees and Costs, both of which are attached hereto.  After the filing of Plaintiff's Petition, counsel for Plaintiff learned that there were two errors in the billing records, which were also reflected in the declaration of Susan E. Huhta.  The total hours for the "ADR" billing category should be 63:57 rather than 64:57 and the total hours for the "Fee Petition" billing category should be 38:48 rather than 42:36.  The remaining hour totals, all time entries, and all dollar values remain unchanged.  Plaintiff's counsel has contacted Nadira Clarke, attorney for Defendant, who consents to this motion.

For the foregoing reasons, Plaintiff respectfully requests that this Court substitute page 6 of Exhibit J and Exhibit J-2 of Plaintiff's fee petition submission. A proposed order is attached hereto.

Respectfully submitted,

_____/s/_____
Susan E. Huhta (Bar No. 14547)
Carolyn P. Weiss (Bar No. 15563)
Washington Lawyers' Committee
   for Civil Rights & Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036

Tracey Gann Turner (Bar No. 07371)
David W. Stamper (Bar No. 26750)
Amy Beth Leasure (Bar No. 26731)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Facsimile (410) 580-3001

Attorneys for Plaintiff,
JEANETTE MELLERSON

Submitted: November 19, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: L-01-2090 |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE B. BARNHART, | ) | |
| Commissioner | ) | |
| Social Security Administration | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Based on consideration of Plaintiff's Motion to Substitute Exhibits to Plaintiff's Petition for an Award of Attorneys' Fees and Costs, it is this \_\_\_\_\_ day of _____, 2003,

**ORDERED**, that Plaintiff's Motion to Substitute Exhibits to Plaintiff's Petition for an Award of Attorneys' Fees and Costs is **GRANTED.**

_____
United States Magistrate Judge Paul W. Grimm