## CASE DEVELOPMENT

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 05/13/02 | Brown, B | Meet with Ms. Mellerson re: factual background. | 1:48:00 | $306.00 |
| 05/17/02 | Brown, B | Research regarding Ms. Mellerson's potential back pay. | 0:30:00 | $85.00 |
| 05/24/02 | Huhta, SE | Telephone call fr. J. Nash re entry of appearance and request for extension of time and proposed meeting with client. | 0:24:00 | $84.00 |
| 05/29/02 | Brown, B | Conference Call with J. Mellerson and J. Nash et al in Baltimore re case background | 2:20:00 | $396.67 |
| 06/06/02 | Brown, B | Conference call with Ms. Mellerson and J. Nash, et al at Piper Rudnick re: case background. | 1:30:00 | $262.50 |
| 08/08/02 | Weiss, C | Review documents and create critical documents file | 4:30:00 | $967.50 |
| Total | | | 11:02:00 | $2,101.67 |

## PLEADINGS

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 08/12/02 | Weiss, C | Meet with S. Huhta re: amended complaint | 0:12:00 | $43.00 |
| 08/12/02 | Huhta, SE | Conference call with B. Brown, C. Weiss and Piper Rudnick team re discovery strategy and amending complaint. | 0:48:00 | $212.00 |
| 08/12/02 | Weiss, C | Conference call with co-counsel to discuss strategy re: amended claims | 1:40:00 | $358.33 |
| 08/13/02 | Weiss, C | Draft and revise amended complaint | 6:00:00 | $1,290.00 |
| 08/13/02 | Weiss, C | Research ADEA, Title VII and Rehab Act, as well as jurisdictional statutes, for amended complaint | 2:00:00 | $430.00 |
| 08/14/02 | Weiss, C | Draft/revise amended complaint | 1:54:00 | $408.50 |
| 08/16/02 | Weiss, C | Research ADEA claim | 0:18:00 | $64.50 |
| 08/19/02 | Weiss, C | Revise draft amended complaint | 1:00:00 | $215.00 |
| 08/20/02 | Huhta, SE | Edit draft amended complaint. | 0:24:00 | $106.00 |
| 08/21/02 | Weiss, C | Research Rehab Act claim | 1:24:00 | $301.00 |
| 08/21/02 | Weiss, C | Research on liability issues | 0:24:00 | $86.00 |
| 08/21/02 | Weiss, C | Email to S. Huhta and co-counsel re: liability issues and pleadings. | 0:18:00 | $64.50 |
| 08/27/02 | Weiss, C | Telephone call to AUSA re: amended complaint | 0:12:00 | $43.00 |
| 08/28/02 | Weiss, C | Email to co-counsel re: motion for leave to amend complaint and AUSA's refusal to consent to same. | 0:06:00 | $21.50 |
| 08/28/02 | Weiss, C | Draft motion for leave to amend Complaint | 0:18:00 | $64.50 |
| 08/29/02 | Weiss, C | Revise motion for leave to amend complaint | 0:24:00 | $86.00 |
| 08/29/02 | Weiss, C | Research rules re: contested motion for amending complaint and revise draft motion | 0:42:00 | $150.50 |
| 09/05/02 | Weiss, C | Revise amended complaint based on opposing counsel's edits and edits from S. Huhta. | 0:12:00 | $43.00 |
| 09/05/02 | Huhta, SE | Meet with C. Weiss re draft amended complaint | 0:15:00 | $66.25 |
| 09/06/02 | Weiss, C | Revise amended complaint | 0:30:00 | $107.50 |
| 09/09/02 | Huhta, SE | Edit draft first amended complaint and motion for leave to file same | 0:12:00 | $53.00 |
| 09/09/02 | Weiss, C | Revise and transmit amended complaint to AUSA; call to AUSA re: same | 0:30:00 | $107.50 |
| 09/13/02 | Weiss, C | Telephone call to AUSA re: amended complaint and letter re: med docs | 0:06:00 | $21.50 |
| 09/23/02 | Weiss, C | Telephone call to AUSA re: amended complaint | 0:06:00 | $21.50 |
| 09/24/02 | Weiss, C | Telephone call with AUSA re: amended complaint | 0:12:00 | $43.00 |
| Total | | | 20:07:00 | $4,407.58 |

WRITTEN DISCOVERY

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 08/12/02 | Weiss, C | Begin draft of discovery outline | 1:12:00 | $258.00 |
| 08/12/02 | Weiss, C | Email to/among S. Huhta/co-counsel re: discovery issues | 0:24:00 | $86.00 |
| 08/14/02 | Weiss, C | Email to co-counsel re: discovery issues and plan. | 0:12:00 | $43.00 |
| 08/15/02 | Weiss, C | Email to co-counsel re: discovery | 0:06:00 | $21.50 |
| 08/15/02 | Weiss, C | Meet with S. Huhta re discovery plan. | 0:12:00 | $43.00 |
| 08/16/02 | Huhta, SE | Meet with co-counsel at Piper Rudnick re discovery strategy; meet w/Mellerson re: emotional harm & damages issues, claims, and witnesses | 4:00:00 | $1,060.00 |
| 08/19/02 | Weiss, C | Review additional discovery documents | 3:00:00 | $645.00 |
| 08/19/02 | Weiss, C | Email to opposing counsel re: discovery issues | 0:06:00 | $21.50 |
| 08/20/02 | Weiss, C | Email to co-counsel re: various discovery issues | 0:24:00 | $86.00 |
| 08/27/02 | Weiss, C | Research case law re: admissibility of medical/mental health records for ordinary pain/suffering | 1:18:00 | $279.50 |
| 08/27/02 | Weiss, C | Research admissibility of former EEOC complaints against defendant | 0:30:00 | $107.50 |
| 08/27/02 | Weiss, C | Telephone call to J. Nash re: disclosures of ordinary pain/suffering damages | 0:12:00 | $43.00 |
| 08/27/02 | Weiss, C | Draft non-disclosure of medical/psych records section of interrogatory responses | 0:18:00 | $64.50 |
| 08/27/02 | Weiss, C | Email to J. Nash re: documents and witnesses for discovery responses | 0:36:00 | $129.00 |
| 08/28/02 | Weiss, C | Review & edit draft response to request for documents; email co-counsel re: same | 0:18:00 | $64.50 |
| 09/05/02 | Weiss, C | Research admissibility of prior complaints of other employees | 1:54:00 | $408.50 |
| 09/09/02 | Weiss, C | Research medical records disclosure issue; e-mail S. Huhta re: findings; review rules re: motions to compel | 2:24:00 | $516.00 |
| 09/09/02 | Weiss, C | Telephone call with J. Nash to discuss medical records disclosure | 0:09:00 | $32.25 |
| 09/10/02 | Weiss, C | Draft letter to AUSA re: med records | 0:30:00 | $107.50 |
| 09/10/02 | Weiss, C | Telephone call and e-mail to J. Nash re: discovery issues (med recs and depos) | 0:18:00 | $64.50 |
| 09/10/02 | Huhta, SE | Review and edit draft ltr fr C. Weiss to AUSA re discoverability of medical records. | 0:18:00 | $79.50 |
| 09/11/02 | Weiss, C | Revise med recs letter to AUSA | 0:42:00 | $150.50 |
| 09/13/02 | Weiss, C | Email to J. Nash re: discovery ability of medical records | 0:12:00 | $43.00 |
| 09/17/02 | Weiss, C | Email to S. Huhta re: discovery issues and amended complaint | 0:06:00 | $21.50 |
| 09/19/02 | Weiss, C | Review plaintiff's document requests/interrogs | 0:12:00 | $43.00 |
| 9/19/2002 | Weiss, C | Meet with S. Huhta re: SSA's destruction of promotion file and potential adverse inference to be drawn therefrom | 0:18:00 | $64.50 |

WRITTEN DISCOVERY

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 10/07/02 | Weiss, C | Review documents already produced by defendant | 0:54:00 | $193.50 |
| 10/07/02 | Weiss, C | Review documents already produced by defendant | 0:36:00 | $129.00 |
| 10/07/02 | Weiss, C | Email to co-counsel re: reviewed documents | 0:18:00 | $64.50 |
| 10/15/02 | Weiss, C | Telephone call with N. Clarke re: Privacy Act motion, depos and some discovery response issues | 0:24:00 | $86.00 |
| 10/16/02 | Weiss, C | Draft additional document requests | 0:12:00 | $43.00 |
| 10/17/02 | Weiss, C | Telephone calls to & from J. Nash re: document requests and interrogs | 0:48:00 | $172.00 |
| 10/17/02 | Weiss, C | Review SSA discovery responses to determine deficiencies | 0:12:00 | $43.00 |
| 10/25/02 | Weiss, C | Meet with N. Clarke to discuss SSA's late discovery responses | 0:30:00 | $107.50 |
| 10/28/02 | Weiss, C | Research admissibility of prior complaints of discrimination against decision maker to show motive | 0:18:00 | $64.50 |
| 10/28/02 | Weiss, C | Telephone call with J. Nash re: discovery issues and potential settlement | 0:21:00 | $75.25 |
| 10/29/02 | Weiss, C | Research discoverability/admissibility of promotion data and former complaints | 3:00:00 | $645.00 |
| 10/31/02 | Weiss, C | Research re: discoverability of prior discrimination complaints and prior non-promotion data | 1:06:00 | $236.50 |
| 10/31/02 | Weiss, C | Review SSA discovery responses for deficiencies | 0:18:00 | $64.50 |
| 10/31/02 | Weiss, C | Meet with S. Huhta to discuss Mellerson discovery issues | 0:12:00 | $43.00 |
| 10/31/02 | Weiss, C | Telephone calls to & from J. Nash re: Mellerson discovery issues, incl. ltr to N. Clarke re: refusal to disclose SSA's prior complaints of discrimination | 0:42:00 | $150.50 |
| 10/31/02 | Weiss, C | Draft letter to opposing counsel re: refusal to disclose SSA's prior complaints of discrimination | 0:42:00 | $150.50 |
| 10/31/02 | Weiss, C | Revise letter to N. Clarke re: refusal to disclose SSA's prior complaints of discrimination | 0:15:00 | $53.75 |
| 10/31/02 | Weiss, C | Telephone call to N. Clarke re: SSA discovery responses | 0:18:00 | $64.50 |
| 11/01/02 | Weiss, C | Review SSA documents production | 2:18:00 | $494.50 |
| 11/01/02 | Weiss, C | Telephone call to the EEOC re: regulations to maintain records related to complaint | 0:06:00 | $21.50 |
| 11/01/02 | Weiss, C | Revise letter to N. Clarke re discovery of prior complaints issue | 0:39:00 | $139.75 |
| 11/01/02 | Weiss, C | Research admissibility/discoverability of history of discrimination | 0:30:00 | $107.50 |
| 11/01/02 | Weiss, C | Emails to S. Huhta re: production deficiencies, spoilation of evidence issues, and letter to N. Clarke re same | 0:30:00 | $107.50 |

WRITTEN DISCOVERY

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 11/01/02 | Weiss, C | Telephone call to EEOC attorney re: regs re: maintenance and destruction of records to evaluate SSA's violation of same | 0:18:00 | $64.50 |
| 11/1/2002 | Weiss, C | Research adverse inference and evidence spoilation; common law, statutory and regulatory obgliations to preserve evidence | 3:00:00 | $645.00 |
| 11/04/02 | Weiss, C | Draft discovery deficiency letter | 1:18:00 | $279.50 |
| 11/04/02 | Huhta, SE | Edit draft letter to AUSA re relevance of Brittingham prior complaints of discrim. | 0:15:00 | $66.25 |
| 11/04/02 | Weiss, C | Meet with S. Huhta to discuss deficiencies in SSA's document production | 0:20:00 | $71.67 |
| 11/04/02 | Weiss, C | Draft discovery deficiency letter | 0:36:00 | $129.00 |
| 11/05/02 | Weiss, C | Revise ltr to AUSA re: deficiencies in responses and production | 2:00:00 | $430.00 |
| 11/06/02 | Huhta, SE | Edit discovery dispute draft letter to AUSA | 0:30:00 | $132.50 |
| 11/06/02 | Weiss, C | Revise letter to N. Clarke re: discovery response and production deficiencies | 0:18:00 | $64.50 |
| 11/06/02 | Weiss, C | Review letter from N. Clarke re: discovery dispute | 0:06:00 | $21.50 |
| 02/19/03 | Weiss, C | Research evidence spoilation issue to address SSA's destruction of promotion file | 0:12:00 | $43.00 |
| **Total** | | | 43:53:00 | $9,687.42 |

DEPOSITIONS

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 07/25/02 | Huhta, SE | Review Rule 4.2 re contacting current employees; emails to and fr. J. Nash re same. | 0:42:00 | $185.50 |
| 09/09/02 | Huhta, SE | Meet with C. Weiss re AUSA's purported refusal to allow us to interview SSA low-level employees. | 0:24:00 | $106.00 |
| 09/09/02 | Weiss, C | Telephone call with J. Nash re: depo notices to the SSA | 0:18:00 | $64.50 |
| 09/19/02 | Weiss, C | Review witness/depo list in preparation for conference call to discuss depos | 0:24:00 | $86.00 |
| 09/19/02 | Weiss, C | Conference call with co-counsel re: depositions | 0:24:00 | $86.00 |
| 09/20/02 | Weiss, C | Email to S. Huhta re: depo schedule | 0:12:00 | $43.00 |
| 09/25/02 | Weiss, C | Review memo on contacting employees | 0:24:00 | $86.00 |
| 10/08/02 | Weiss, C | Conference call with co-counsel re: use of expert witness and depo prep | 0:36:00 | $129.00 |
| 10/15/02 | Weiss, C | Meet with J. Nash to discuss witness/depositions issues given SSA's position | 0:12:00 | $43.00 |
| 10/15/02 | Weiss, C | Prepare Mellerson for deposition | 5:30:00 | $1,182.50 |
| 10/23/02 | Weiss, C | Meet with S. Huhta re: defense of Mellerson depo | 0:12:00 | $43.00 |
| 10/23/02 | Weiss, C | Prepare for defense of Mellerson depo | 1:24:00 | $301.00 |
| 10/25/02 | Weiss, C | Meet with N. Clarke to discuss SSA's expressed intention to instruct H. Brittingham not to answer questions re: prior complaints of discrimination | 0:30:00 | $107.50 |
| 10/25/02 | Weiss, C | Telephone call with S. Huhta to discuss depo and plan discovery in light of talk with N. Clarke | 0:30:00 | $107.50 |
| 10/25/02 | Weiss, C | Defend Mellerson's deposition; meet with J. Nash and Ms. Mellerson for final prep for depo | 4:42:00 | $1,010.50 |
| 10/31/02 | Weiss, C | Draft letter to opposing counsel re N. Clarke's intended instruction to H. Brittingham not to answer questions re: refusal to disclose SSA's prior complaints of discrimination | 0:42:00 | $150.50 |
| 10/31/02 | Weiss, C | Revise letter to N. Clarke re her expressed intent to instruct H. Brittingham not to answer questions re: refusal to disclose SSA's prior complaints of discrimination | 0:15:00 | $53.75 |
| 11/01/02 | Weiss, C | Telephone call to N. Clarke re: deposition (scheduling issues) | 0:06:00 | $21.50 |
| 11/01/02 | Weiss, C | Revise letter to N. Clarke re: depo of H. Brittingham | 0:39:00 | $139.75 |
| 11/04/02 | Huhta, SE | Edit draft letter to AUSA re proposed instructions to not answer prior complaint questions at deposition; meet w/C. Weiss re same | 0:15:00 | $66.25 |
| 11/05/02 | Weiss, C | Prepare final draft and transmit ltr to AUSA re Brittingham's depo | 0:09:00 | $32.25 |
| 11/06/02 | Huhta, SE | Review letter fr AUSA re Brittingham depo discovery dispute | 0:30:00 | $132.50 |
| 08/15/02 | Weiss, C | Draft witness list | 0:30:00 | $107.50 |
| 08/16/02 | Weiss, C | Revise witness list | 0:18:00 | $64.50 |
| Total | | | 19:48:00 | $4,349.50 |

## MOTIONS PRACTICE

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 06/24/02 | Huhta, SE | Edit draft opposition to motion for summary judgment; motion for 56(f) discovery, and J. Nash affidavit in support of same. | 1:00:00 | $270.00 |
| 07/15/02 | Huhta, SE | Conference call with J. Nash etc. re Defendant's opposition and our planned reply brief on R. 56(f) motion. | 0:30:00 | $132.50 |
| 07/19/02 | Huhta, SE | Edit draft Rule 56(f) reply brief. | 0:30:00 | $132.50 |
| Total | | | 2:00:00 | $535.00 |

ADR

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 10/28/02 | Weiss, C | Telephone call with J. Nash re: discovery issues and potential settlement | 0:21:00 | $75.25 |
| 10/29/02 | Weiss, C | Conference call with J. Nash and T. Turner re: potential settlement | 0:24:00 | $86.00 |
| 10/29/02 | Weiss, C | Conference call with T. Turner, and J. Nash, and S. Huhta re: potential settlement | 1:12:00 | $258.00 |
| 10/31/02 | Weiss, C | Conference call with J. Nash and N. Clarke re: mediation and potential stay | 0:24:00 | $86.00 |
| 10/31/02 | Weiss, C | Conference call with Ms. Mellerson and co-counsel to discuss settlement strategy | 1:42:00 | $365.50 |
| 11/01/02 | Weiss, C | Meet with S. Huhta to discuss mediation and discovery issues | 0:42:00 | $150.50 |
| 11/01/02 | Weiss, C | Telephone call to court re: mediation | 0:12:00 | $43.00 |
| 11/01/02 | Weiss, C | Telephone call to N. Clarke re: mediation and depositions | 0:12:00 | $43.00 |
| 11/01/02 | Weiss, C | Telephone call to court re: mediation | 0:06:00 | $21.50 |
| 11/06/02 | Weiss, C | Research jury verdicts on compensatory damages in D. Md. for settlement valuation purposes | 1:12:00 | $258.00 |
| 11/07/02 | Weiss, C | Review case law re: verdicts in prep for mediation | 1:24:00 | $301.00 |
| 11/07/02 | Weiss, C | Research D.Md. jury verdicts to prepare for mediation | 0:30:00 | $107.50 |
| 11/20/02 | Weiss, C | Draft letter to N. Clarke re: limited discovery for mediation | 0:24:00 | $86.00 |
| 11/26/02 | Weiss, C | Review jury verdicts to value case | 0:24:00 | $86.00 |
| 11/26/02 | Weiss, C | Research MD district jury verdicts | 0:30:00 | $107.50 |
| 11/26/02 | Weiss, C | Telephone call to J. Nash regarding mediation | 0:06:00 | $21.50 |
| 11/26/02 | Huhta, SE | Review correspondence fr AUSA re discovery prior to mediation and edit our draft response thereto. | 0:18:00 | $79.50 |
| 11/27/02 | Weiss, C | Revise (S. Huhta's comments and J. Nash's comments) and transmit letter to N. Clarke re: discovery for mediation. | 0:42:00 | $150.50 |
| 12/13/02 | Weiss, C | Telephone call with Mellerson re: transcript review and mediation (two calls) | 0:24:00 | $86.00 |
| 12/16/02 | Weiss, C | Review compensatory damages verdicts | 0:12:00 | $43.00 |
| 12/16/02 | Weiss, C | Email to co-counsel re: ex-parte mediation paper | 0:06:00 | $21.50 |
| 12/16/02 | Weiss, C | Draft ex-parte mediation paper | 3:24:00 | $731.00 |
| 12/17/02 | Weiss, C | Review jury verdicts to assess value of case | 1:00:00 | $215.00 |
| 12/18/02 | Weiss, C | Review e-mails re: ex-parte mediation paper | 0:06:00 | $21.50 |
| 12/18/02 | Weiss, C | Revise ex-parte mediation paper | 1:30:00 | $322.50 |
| 12/20/02 | Weiss, C | Revise ex-parte mediation paper and research re: same | 3:18:00 | $709.50 |
| 12/23/02 | Huhta, SE | Edit draft mediation paper. | 0:12:00 | $53.00 |
| 01/06/03 | Weiss, C | Revise mediation paper | 0:30:00 | $107.50 |
| 01/12/03 | Huhta, SE | Edit draft mediation paper. | 1:30:00 | $397.50 |
| 01/15/03 | Weiss, C | Research for mediation letter | 0:24:00 | $86.00 |
| 01/20/03 | Huhta, SE | Edit 2d draft from Piper of mediation position paper; email to C. Weiss re same. | 0:30:00 | $132.50 |

ADR

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 01/24/03 | Weiss, C | Telephone call w/ J. Nash to discuss strategy for settlement in light of conversation w/ client | 1:24:00 | $301.00 |
| 01/24/03 | Weiss, C | Prepare for Mellerson mediation (e.g. gather documents, outline issues) | 0:18:00 | $64.50 |
| 01/24/03 | Weiss, C | Telephone call w/ client and J. Nash re: settlement | 1:00:00 | $215.00 |
| 01/24/03 | Weiss, C | Telephone call w/ J. Nash to plan/prepare for mediation | 0:36:00 | $129.00 |
| 01/27/03 | Weiss, C | Review/select cases re: compensatory damages for mediation | 0:30:00 | $107.50 |
| 01/27/03 | Huhta, SE | Attend mediation; meet w/client prior to prepare for same | 2:30:00 | $662.50 |
| 01/28/03 | Huhta, SE | Review cases supporting $70K offer for compensatory damages; meet w/C. Weiss re same. | 0:30:00 | $132.50 |
| 01/29/03 | Weiss, C | Prepare cases for presentation to the court per court's request | 0:12:00 | $43.00 |
| 02/03/03 | Weiss, C | Review mediation follow-up letter requested by the court | 0:06:00 | $21.50 |
| 02/03/03 | Huhta, SE | Prepare attys fees billing records for production pursuant to mediation; edit draft letter to J. Grimm re same. | 2:00:00 | $530.00 |
| 02/04/03 | Huhta, SE | Prepare billing records for disclosure pursuant to mediation; tel call to J. Nash re same; meet w/C. Weiss re same. | 1:30:00 | $397.50 |
| 02/05/03 | Huhta, SE | Finalize preparation of billing records for letter to J. Grimm. | 0:12:00 | $53.00 |
| 04/18/03 | Weiss, C | Telephone call w/client re: settlement | 0:12:00 | $43.00 |
| 05/20/03 | Weiss, C | Telephone call to client re: settlement | 0:42:00 | $150.50 |
| 05/28/03 | Weiss, C | Telephone call to client re: mediation | 0:12:00 | $43.00 |
| 05/28/03 | Weiss, C | Attend second mediation session | 5:48:00 | $1,247.00 |
| 05/30/03 | Weiss, C | Research retroactive promotion value | 0:48:00 | $172.00 |
| 05/30/03 | Weiss, C | Conference call with S. Huhta and T. Turner re: settlement | 0:48:00 | $172.00 |
| 06/02/03 | Weiss, C | Telephone call to client re: mediation | 1:00:00 | $220.00 |
| 06/04/03 | Weiss, C | Conference call with T. Turner, S. Huhta and client re: computation of backpay and retirement | 0:30:00 | $110.00 |
| 06/05/03 | Weiss, C | Conference call with co-counsel, oppos counsel and judge re: settlement | 0:48:00 | $176.00 |
| 06/05/03 | Weiss, C | Telephone calls to T. Turner (42) and T. Turner and D. Stamper (18) re: computation of backpay and retirement benefits | 1:00:00 | $220.00 |
| 06/05/03 | Weiss, C | Research on regs re: calculation of backpay and retirement | 0:30:00 | $110.00 |
| 06/10/03 | Huhta, SE | Review ltr fr Leasure to Clarke re preservation of Brittingham documents; meet w/C. Weiss re status of settlement negotiations. | 0:12:00 | $54.00 |
| 06/10/03 | Weiss, C | Telephone call w/T. Turner re: calculation of retirement benefits | 0:42:00 | $154.00 |
| 06/16/03 | Weiss, C | Conference call with T. Turner and A.Leasure re: computation of retro retirement | 0:24:00 | $88.00 |

ADR

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 07/01/03 | Weiss, C | Telephone call w/expert in disability retirement and worker's comp benefits for purposes of assessing value of retroactive promotion part of settlement | 0:24:00 | $88.00 |
| 07/01/03 | Weiss, C | Research worker's comp benefits to assess value of retroactive promotion for settlement | 0:30:00 | $110.00 |
| 07/01/03 | Weiss, C | Conference call with co-counsel re: conversation w/expert re: disability retirement benefits | 0:42:00 | $154.00 |
| 07/02/03 | Weiss, C | Telephone call w/expert in worker's comp benefits for purposes of assessing value of retroactive promotion for settlement | 0:18:00 | $66.00 |
| 07/07/03 | Weiss, C | Draft ltr to Judge Grimm re: status of settlement and retro promotion issue | 0:36:00 | $132.00 |
| 07/08/03 | Weiss, C | Review docs from client re: current benefits | 0:12:00 | $44.00 |
| 07/08/03 | Weiss, C | Revise first draft ltr to Judge Grimm, e-mail S. Huhta re: same; edit co-counsel's second draft; e-mail co-counsel re: same | 0:30:00 | $110.00 |
| 07/08/03 | Huhta, SE | Edit draft ltr to MJ Grimm re status of mediation; call to C. Weiss re same; review ltr fr N Clarke to Grimm re same. | 0:30:00 | $135.00 |
| 07/09/03 | Weiss, C | Telephone call to client re: ltr to court for mediation | 0:12:00 | $44.00 |
| 08/07/03 | Weiss, C | Conference call with co-counsel to discuss settlement and ltr to court re: final agreement | 0:54:00 | $198.00 |
| 08/15/03 | Weiss, C | Telephone call D. Stamper re: settlement in prep for conf call w/oppos counsel and court | 0:36:00 | $132.00 |
| 08/15/03 | Weiss, C | Conference call with court, co-counsel, client and oppos counsel re: settlement | 0:18:00 | $66.00 |
| 08/15/03 | Weiss, C | Conference call with client and D. Stamper re: conf call w/opposing counsel and re settlement | 0:12:00 | $44.00 |
| 08/18/03 | Weiss, C | Conference call w/D. Stamper and judge re: acceptance of settlement offer | 0:18:00 | $66.00 |
| 08/18/03 | Huhta, SE | Review and edit dr letter to MJ Grimm re potential settlement terms. | 0:12:00 | $54.00 |
| 08/18/03 | Weiss, C | Draft and transmit ltr to court re: Mellerson final settlement position per judge's request | 0:48:00 | $176.00 |
| 08/27/03 | Huhta, SE | Meet with C. Weiss re settlement strategy and gov't's delay in finalizing agreement. | 0:12:00 | $54.00 |
| 08/29/03 | Weiss, C | Telephone call to judge to follow-up on his call to N. Clarke and e-mail to co-counsel re: same | 0:06:00 | $22.00 |
| 09/02/03 | Weiss, C | Review time entries for fee petition | 0:42:00 | $154.00 |
| 09/02/03 | Weiss, C | Draft settlement agreement | 1:00:00 | $220.00 |
| 09/02/03 | Weiss, C | Email to co-counsel re: conversation w/judge and drafting of settlement agreement and fee petition | 0:12:00 | $44.00 |
| 09/03/03 | Weiss, C | Outline draft settlement agreement | 1:48:00 | $396.00 |
| 09/04/03 | Weiss, C | Revise draft settlement agreement | 0:12:00 | $44.00 |
| 09/04/03 | Weiss, C | Telephone call J. Grimm per his request to remind re: e-mail memorializing agreement | 0:06:00 | $22.00 |
| 09/05/03 | Weiss, C | Revise settlement agreement | 0:06:00 | $22.00 |
| 09/09/03 | Weiss, C | Review time entries for fee petition | 0:12:00 | $44.00 |

ADR

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 09/09/03 | Weiss, C | Revise settlement agreement | 0:12:00 | $44.00 |
| 09/09/03 | Huhta, SE | Edit draft settlement agreement. | 0:12:00 | $54.00 |
| 09/10/03 | Weiss, C | Revise settlement agreement | 0:24:00 | $88.00 |
| 09/12/03 | Weiss, C | Edit N. Clarke's draft of settlement agreement, incorporate S. Huhta's edits, and give edits to co-counsel during conf call | 1:12:00 | $264.00 |
| 09/12/03 | Weiss, C | Emails to A.B. Leasure, D. Stamper and S. Huhta re: settlement agreement and submission of fees to J. Grimm | 0:12:00 | $44.00 |
| 09/12/03 | Huhta, SE | Review and edit draft settlement agreement fr defense counsel; meet w/C. Weiss re same. | 0:24:00 | $108.00 |
| 10/03/03 | Huhta, SE | Meet with C. Weiss re outstanding issues re draft settlement agreement. | 0:12:00 | $54.00 |
| 10/03/03 | Weiss, C | Telephone call to N. Clarke re: changes to settlement agreement, revise settlement agreement, e-mail to co-counsel re: same, telephone call to A. Leasure re: scheduling order and settlement | 0:54:00 | $198.00 |
| 10/14/03 | Weiss, C | Review changes to settlement agreement and e-mail comments | 0:12:00 | $44.00 |
| **Total** | | | 63:57:00 | $14,408.25 |

FEE PETITION

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| 08/25/03 | Weiss, C | Research cases re: hourly rates for fee petition | 1:00:00 | $220.00 |
| 09/01/03 | Weiss, C | Telephone call w/J. Grimm re: fee petition scheduling order and e-mails to co-counsel re: scheduling order | 0:18:00 | $66.00 |
| 09/02/03 | Weiss, C | Telephone calls to J. Grimm for confirmation of agreement w/oppos counsel and then to D. Stamper to discuss outcome and fee petition | 0:24:00 | $88.00 |
| 09/03/03 | Weiss, C | Sort time entries for fee petition | 0:30:00 | $110.00 |
| 09/05/03 | Weiss, C | Sort time entires for fee petition | 1:36:00 | $352.00 |
| 09/09/03 | Weiss, C | Conference call with T. Turner and D. Stamper re: fee petition and tax issue and e-mail to Sue re: same | 0:24:00 | $88.00 |
| 09/09/03 | Huhta, SE | Meet with C. Weiss to discuss issue of potential client taxation of attorneys fees and potential means of resolution pursuant to attys fee award. | 0:12:00 | $54.00 |
| 09/10/03 | Weiss, C | Telephone call to J. Grimm's chambers to set up conf call on fee petition and e-mail to co-counsel re: same | 0:06:00 | $22.00 |
| 09/11/03 | Huhta, SE | Telephone call to T. Turner re issue of how to address potential tax liability of Ms. Mellerson for attorneys fee award; conf call w/Turner, Stamper, other co-counsel and Mellerson re same. | 1:00:00 | $270.00 |
| 09/29/03 | Weiss, C | Conference call with J. Grimm, oppos counsel and co-counsel re: fee petition | 0:12:00 | $44.00 |
| 10/02/03 | Weiss, C | Draft and revise fee petition scheduling order | 0:30:00 | $110.00 |
| 10/20/03 | Weiss, C | Research for fee petition | 0:54:00 | $198.00 |
| 10/20/03 | Weiss, C | Draft memorandum for fee petition | 2:30:00 | $550.00 |
| 10/21/03 | Weiss, C | Research for fee petition | 1:12:00 | $264.00 |
| 10/21/03 | Weiss, C | Draft and revise fee petition memorandum | 5:36:00 | $1,232.00 |
| 10/22/03 | Weiss, C | Revise fee petition memo | 2:00:00 | $440.00 |
| 10/22/03 | Weiss, C | Research for fee petition memo | 0:18:00 | $66.00 |
| 10/23/03 | Weiss, C | Review billing entries for fee petition | 0:42:00 | $154.00 |
| 10/23/03 | Huhta, SE | Review and edit billing entries for ultimate submission of request for attys fees. | 1:18:00 | $351.00 |
| 10/23/03 | Weiss, C | Draft fee petition memo, proposed order, declaration of S. Huhta; revise/edit same | 1:36:00 | $352.00 |
| 10/23/03 | Weiss, C | Research for fee petition memo | 1:54:00 | $418.00 |
| 10/24/03 | Weiss, C | Research for fee petition | 1:36:00 | $352.00 |
| 10/24/03 | Weiss, C | Telephone call with S. Huhta re fee petition draft memo | 0:12:00 | $44.00 |
| 10/24/03 | Weiss, C | Revise fee petition memo | 1:24:00 | $308.00 |
| 10/26/03 | Huhta, SE | Edit draft memo in support of fee petition. | 1:30:00 | $405.00 |
| 10/27/03 | Weiss, C | Prepare for fee petition exhibits by categorizing time entries per Appendix B and e-mail S. Huhta w/questions re: certain entries | 0:54:00 | $198.00 |
| 10/27/03 | Weiss, C | Revise fee petition memo based on S. Huhta's edits; review edits | 1:36:00 | $352.00 |
| 10/27/03 | Weiss, C | Research for fee petition memo | 0:18:00 | $66.00 |
| 10/28/03 | Weiss, C | Prepare categorization of entries and meet with M. Kirenga re: creation of spreadsheets for same | 0:42:00 | $154.00 |
| 10/28/03 | Weiss, C | Revise fee petition memo and send e-mail to S. Huhta w/questions re: same | 0:48:00 | $176.00 |
| 10/30/03 | Huhta, SE | Review and revise sorting of billing entries pursuant to Appendix B requirements. | 0:48:00 | $216.00 |

FEE PETITION

| Date | Attorney | Description | Time | Amount |
|---|---|---|---|---|
| 10/30/03 | Huhta, SE | Edit revised draft brief in support of fee petition; email to C. Weiss re same. | 0:42:00 | $189.00 |
| 10/30/03 | Huhta, SE | Review caselaw (Johnson & Thompson) regarding standards governing fee awards in D. Md. and Fourth Circuit. | 0:42:00 | $189.00 |
| 10/31/03 | Weiss, C | Research for fee petition memo | 0:42:00 | $154.00 |
| 10/31/03 | Weiss, C | Revise declaration for fee petition | 0:42:00 | $154.00 |
| 10/31/03 | Weiss, C | Revise fee petition memo | 0:30:00 | $110.00 |
| 10/31/03 | Weiss, C | Edit categorized fee entries | 0:30:00 | $110.00 |
| 11/03/03 | Weiss, C | Revise declaration for fee petition | 0:12:00 | $44.00 |
| 11/04/03 | Weiss, C | Revise declaration for fee petition | 0:30:00 | $110.00 |
| 11/10/03 | Weiss, C | Review correspondence btw P's counsel and D's counsel to identify exhibits for fee petition | 0:42:00 | $154.00 |
| 11/12/03 | Huhta, SE | Conference call with co-counsel re brief in support of fees and related issues; tel call fr. T. Turner re same. | 1:00:00 | $270.00 |
| 11/13/03 | Huhta, SE | Review and edit revised draft of fee petition memorandum; emails to and fr co-counsel re same; review Piper Rudnick itemization of costs. | 0:48:00 | $216.00 |
| 11/13/03 | Weiss, C | Revise fee petition memorandum | 0:12:00 | $44.00 |
| 11/14/03 | Weiss, C | Telephone calls w/D. Stamper re: exhibits for fee petition | 1:24:00 | $308.00 |
| **Total** | | | 38:48:00 | $8,936.00 |