IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEANETTE MELLERSON** | : |
| Plaintiff | : |
| v. | : CIVIL NO. L-01-2090 |
| | : |
| **JOANNE B. BARNHART**,[1] | |
| Commissioner, Social Security Admin. | : |
| Defendant | : |

...oOo..

ENTRY OF APPEARANCE

Defendant respectfully requests that the Court enter the appearance of Assistant United States Attorney Nadira Clarke as counsel for the defendant in the above-captioned case. Assistant United States Attorney Ariana Arnold will no longer remain as counsel for the defendant.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney


By:_____
Nadira Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800

---

[1] Joanne B. Barnhart, is the new Commissioner or the Social Security Administration. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Joanne B. Barnhart should be substituted for Larry G. Massanari as the Defendant in this action.

_____