IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON, | * | |
| Plaintiff, | * | AT BALTIMORE |
| v. | * | Civil No. L-01-2090 |
| JOANNE B. BARNHART,<br>Commissioner, Social Security Admin., | * | |
| Defendant | * | |

## SCHEDULING ORDER

Based on the consent of the parties and consideration by this Court, it is this 17 day of November, 2003,

ORDERED, that within thirty (30) days of the mutual execution of a written settlement agreement memorializing the agreement in principle reached on September 4, 2003, in the above-captioned case, Plaintiff will submit a fee petition for fees and costs incurred during the prosecution of this case; and it is further

ORDERED, that within thirty (30) days of the filing of Plaintiff's fee petition, Defendant may submit an opposition thereto; and it is further

ORDERED, that within fifteen (15) days of the filing of Defendant's opposition, if any, Plaintiff may submit a reply thereto.

_____
United States Magistrate Judge Paul W. Grimm

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Nadira Clarke*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4857
FAX 410-962-2310
Nadira.Clarke@usdoj.gov

November 14

The Honorable Paul W. Grimm
United States Magistrate Judge
Chambers 8B
101 W. Lombard Street
Baltimore, Maryland  21201

    Re:  Mellerson v. Barnhart,
         Civ. Action No. L-01-2090

Dear Judge Grimm:

    Enclosed please find a copy of the parties' proposed scheduling order for the briefing of the attorneys fee issue in the above-captioned case.  I previously agreed to submit the scheduling order on behalf of the parties, but failed to do so.  I apologize for any delay, and hope that the schedule proposed by the parties is acceptable to your Honor.  Thank you.

                        Very truly yours,

                        Thomas M. DiBiagio
                        United States Attorney

By: _____
    Nadira Clarke
    Assistant United States Attorney

cc:  Amy Beth Leasure
     Carolyn Weiss

*RECEIVED IN THE OFFICE OF PAUL W. GRIMM*
*NOV 17 2003*
*UNITED STATES MAGISTRATE JUDGE*

[Handwritten note: Janet - I signed hard copy of order, but if you think an e-order would be better that is fine. Thanks P. 11/17/03]