IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEANETTE MELLERSON** | : | |
| Plaintiff | : | |
| v. | | **CIVIL NO. L-01-2090** |
| | : | **(Magistrate Judge Grimm)** |
| **JOANNE B. BARNHART**, | | |
| Commissioner, Social Security Admin. | : | |
| Defendant | : | |

...oOo...

## DEFENDANT'S NOTICE OF FILING OF SEPARATE EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

Defendant, by and through undersigned counsel, hereby respectfully submits Exhibits 1-6 in support of Defendant's Opposition to Plaintiff's Petition for Attorneys' Fees and Costs.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

/s/

By:_____
Nadira Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800