SUPPLEMENTAL FEES FOR WHICH PIPER RUDNICK IS SEEKING COMPENSATION    LITIGATION PHASE:  FEE PETITION

| Date | Attorney | Description | Time | Fees |
|---|---|---|---|---|
| 12/23/03 | Turner, T. | Review Defendant's Opposition to Fee Petition and outline rebuttals to same. | 0.55 | $206.25 |
| 12/23/03 | Turner, T. | E-mails to and from Ms. Huhta, Ms. Weiss and Ms. Leasure regarding timing and content of Reply Brief. | 0.20 | $75.00 |
| 12/24/03 | Turner, T. | Review e-mail from Ms. Weiss regarding authority for fee petition. | 0.20 | $75.00 |
| 12/24/03 | Turner, T. | Develop strategy for Reply Brief and communicate the same to Ms. Leasure. | 1.00 | $375.00 |
| 12/29/03 | Turner, T. | Review draft Reply Memorandum and make preliminary edits to the same. | 0.60 | $225.00 |
| 01/06/04 | Turner, T. | Draft Reply Memorandum. | 2.25 | $843.75 |
| TOTAL | | | 4.80 | $1,800.00 |