**SUPPLEMENTAL COSTS/EXPENSES**                                **Piper Rudnick**

| DESCRIPTION | AMOUNT |
|---|---:|
| Duplicating | $100.63 |
| Postage/Courier Services | $4.42 |
| Telephone Expense | $13.23 |
| Computer Printing | $9.65 |
| **TOTAL** | **$127.93** |