## SUPPLEMENTAL FEES FOR WHICH THE WASHINGTON LAWYERS' COMMITTEE IS SEEKING COMPENSATION

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| **Matter: Mellerson v. SSA** | | | | |
| 12/23/2003 | Weiss, C | Review SSA's opp. to fee petition | 0:24:00 | $88.00 |
| 12/23/2003 | Weiss, C | Draft reply brief in support of fee petition | 4:24:00 | $968.00 |
| 12/28/2003 | Huhta, SE | Edit draft reply brief re fees; email to C. Weiss re same. | 1:18:00 | $351.00 |
| 1/22/2004 | Huhta, SE | Final edit to draft reply brief in support of fee petition. | 0:42:00 | $189.00 |
| **Total: Mellerson v. SSA** | | | **6:48:00** | **$1,596.00** |