# SUPPLEMENTAL FEES FOR WHICH THE WASHINGTON LAWYERS' COMMITTEE IS NOT SEEKING COMPENSATION

| Date | Timekeeper | Activity | Hours | Fees |
|---|---|---|---|---|
| Matter: Mellerson v. SSA | | | | |
| 12/23/2003 | Weiss, C | Research for reply brief in support of fee petition | 1:48:00 | $396.00 |
| 12/24/2003 | Weiss, C | Research for reply brief in support of fee petition | 0:24:00 | $88.00 |
| 12/24/2003 | Weiss, C | Revise reply brief for fee petition | 1:12:00 | $264.00 |
| 12/29/2003 | Weiss, C | Telephone call w/T. Turner re atty rates issue for reply brief | 0:12:00 | $44.00 |
| 12/29/2003 | Weiss, C | Meet with S. Huhta re: reply brief edits | 0:12:00 | $44.00 |
| 12/29/2003 | Weiss, C | Research for reply brief in support of petition for attys fees | 0:30:00 | $110.00 |
| 12/29/2003 | Weiss, C | Edit reply brief for fee petition | 0:30:00 | $110.00 |
| 1/16/2004 | Huhta, SE | Telephone call to T. Turner re reply brief and supplemental fee petition; review revised reply brief re same. | 1:00:00 | $270.00 |
| 1/21/2004 | Kirenga, M | Sort, prepare, and print time enteries related to preparation of reply brief in support of fee petition | 0:24:00 | $42.00 |
| 1/22/2004 | Huhta, SE | Draft declaration in support of supplemental fee petition; review and analyze itemized billing entries re same. | 1:30:00 | $405.00 |
| **Total: Mellerson v. SSA** | | | **7:42:00** | **$1,773.00** |