IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEANETTE MELLERSON ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: L-01-2090 |
| ) | |
| v. ) | |
| ) | |
| JOANNE B. BARNHART, ) | |
| Commissioner ) | |
| Social Security Administration ) | |
| ) | |
| Defendant. ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2004, a copy of Plaintiff Jeanette Mellerson's Reply to Defendant's Opposition to Plaintiff's Petition for an Award of Attorneys' Fees and Costs, which was electronically filed in this case on January 23, 2004, was mailed via UPS overnight mail to Nadira Clarke, Esq., 6225 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201-2692.

Respectfully submitted,

_____/s/_____
Tracey Gann Turner (Bar No. 07371)
Amy Beth Leasure (Bar No. 26731)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000
Facsimile (410) 580-3001

Susan E. Huhta (Bar No. 14547)
Carolyn P. Weiss (Bar No. 15563)

                                      Washington Lawyers' Committee
                                          for Civil Rights & Urban Affairs
                                    11 Dupont Circle, N.W., Suite 400
                                    Washington, D.C. 20036

                                    Attorneys for Plaintiff,
Dated: January 23, 2004            JEANETTE MELLERSON