IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEANETTE MELLERSON** | : | |
| **Plaintiff** | : | |
| v. | | **CIVIL NO. L-01-2090** |
| | : | **(Maj. Judge Grimm)** |
| **JOANNE B. BARNHART,** **Commissioner, Social Security Admin.** | : | |
| | : | |
| **Defendant** | | |

...oOo...

## NOTICE OF APPEARANCE AND SUBSTITUTION OF ATTORNEY

Defendant respectfully requests that the Court enter the appearance of Assistant United States Attorney Kristine Sendek-Smith in the above-captioned case, and strike the appearance of Assistant United States Attorney Nadira Clarke, who will be leaving the United States Attorney's Office on detail for one year.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

/s/

By:_____
Nadira Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEANETTE MELLERSON** | : | |
| **Plaintiff** | : | |
| v. | | **CIVIL NO. L-01-2090** |
| | : | **(Maj. Judge Grimm)** |
| **JOANNE B. BARNHART,** **Commissioner, Social Security Admin.** | : | |
| | : | |
| **Defendant** | | |

...oOo...

**<u>ORDER</u>**

It is this __ day of _____, 2004, ordered that the appearance of Assistant United States Attorney Kristine Sendek-Smith is hereby entered, and the appearance of Assistant United States Attorney Nadira Clarke is withdrawn from the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Benson E. Legg
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge