IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| JEANETTE MELLERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. L-01-2090 |
| JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Now comes the Defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, by and through counsel, and requests that the Clerk ENTER the appearance of Kristine L. Sendek-Smith, Assistant United States Attorney for the District of Maryland, as counsel for Defendant in the above-captioned case.

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

January 29, 2004    By:    /s/
    Kristine L. Sendek-Smith
    Assistant United States Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    Tele: 410-209-4974
    Fax:  410-962-2310