**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**PAUL W. GRIMM**<br>**UNITED STATES MAGISTRATE JUDGE** | **101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-4560**<br>**(410) 962-3630 FAX** |

April 27, 2004

RE: *Mellerson v. Barnhart*, L- 01-2090

**LETTER ORDER**

Dear Counsel:

 Pending before this Court is Plaintiff's petition for an award of attorney's fees and costs. (Paper Nos. 52 and 58). Defendant has filed an opposition. (Paper No. 61). Within the next month, an order will be issued resolving this dispute. Prior to issuing a ruling, however, the Court would be assisted by Plaintiff condensing its previously submitted briefings and exhibits into an itemized chart listing the following information: the name of each individual attorney/paralegal/clerk for which compensation is being sought, the firm that attorney is employed by, the exact number of hours each particular attorney worked in each year (for which compensation is sought) and the number of years each respective attorney has/had been in practice in a given year (i.e., 2002, 2003 and 2004).

 The chart should be organized in a manner that provides, by firm, the requested information, and shall resemble the following:

Firm Name: (e.g. Piper Rudnick)

| Attorney Name | No. of years in practice | Hrs. for which compensation is sought |
|---|---|---|
| (e.g. Mary Smith) | 2002-(e.g. 2 yrs. (as of 2/02))<br>2003-(e.g. 3 yrs. (as of 2/03))<br>2004-(e.g. 4 yrs. (as of 2/04)) | 12.5 hrs.<br>22 hrs.<br>3.5 hrs. |

 To ensure timely resolution of this matter, Plaintiff's are to file the information requested no later than May 7, 2004. No action is required by Defendant.

 Although informal, this is an order of the Court, to be filed as such.

/s/
Paul W. Grimm
United States Magistrate Judge