IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEANETTE MELLERSON )<br>)<br>)<br>               Plaintiff, )<br>)<br>v. )<br>)<br>JOANNE B. BARNHART, )<br>Commissioner )<br>Social Security Administration )<br>)<br>               Defendant. ) | Civil Action No.: L-01-2090 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ADDENDUM TO PLAINTIFF'S PETITION FOR AN AWARD
OF ATTORNEYS' FEES AND COSTS**

Pursuant to the Court's Letter Order of April 27, 2004, Plaintiff Jeanette Mellerson, by and through undersigned counsel, hereby submits the attached itemized charts in support of her Petition for an Award of Attorneys' Fees and Costs, filed with this Court on November 18, 2003, and her Request for Supplemental Attorneys' Fees and Costs Related to Drafting Plaintiff's Reply to Defendant's Opposition to Plaintiff's Petition for an Award of Attorneys' Fees and Costs, filed with this Court on January 23, 2004.

Respectfully submitted,

_____/s/_____
Tracey Gann Turner (Bar No. 07371)
Amy Beth Leasure (Bar No. 26731)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600
(410) 580-3000
Facsimile (410) 580-3001

|  |  |
|---|---|
|  | Susan E. Huhta (Bar No. 14547)<br>Carolyn P. Weiss (Bar No. 15563)<br>Washington Lawyers' Committee<br>   for Civil Rights & Urban Affairs<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C.  20036 |
| Dated:  May 6, 2004 | Attorneys for Plaintiff,<br>JEANETTE MELLERSON |