**PIPER RUDNICK LLP**

| ATTORNEY'S NAME | NUMBER OF YEARS IN PRACTICE | HOURS FOR WHICH COMPENSATION IS SOUGHT |
|---|---|---|
| **Tracey G. Turner** | 1989 law school graduate | |
| | 2002 (13 years (as of 12/02)) | 28.85 hours |
| | 2003 (14 years (as of 12/03)) | 67.95 hours |
| | 2004 (14 years) | 4.8 hours |
| | | |
| **Jonathan S. Nash** | 1998 law school graduate | |
| | 2002 (4 years (as of 12/02)) | 138 hours |
| | 2003 (5 years (as of 12/03)) | 31.3 hours |
| | | |
| **Amy Beth Leasure** | 2000 law school graduate | |
| | 2002 (2 years (as of 12/02)) | 43.7 hours |
| | 2003 (3 years (as of 12/03)) | 37.95 hours |
| | | |
| **David W. Stamper** | 2000 law school graduate | |
| | 2002 (2 years (as of 12/02)) | 48.75 hours |
| | 2003 (3 years (as of 12/03)) | 43.2 hours |
| | | |
| **Susan O. Temkin** | 1979 law school graduate | |
| | 2003 (18 years (as of 3/03)) | 6.1 hours |
| | | |
| **Joseph H. Langhirt** | 1973 law school graduate | |
| | 2003 (30 years (as of 12/03)) | 1.25 hours |
| | | |
| **Rita Patel** | 1996 law school graduate | |
| | 2003 (2 years (as of 11/01)) | 6 hours |
| | | |
| **Terrence P. Storey** | 2001 law school graduate | |
| | 2003 (2 years (as of 12/01)) | 9.95 hours |