**WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS**

| ATTORNEY'S NAME | NO. OF YEARS IN PRACTICE | HRS. FOR WHICH COMPENSATION IS SOUGHT |
|---|---|---|
| Susan E. Huhta | 1994 Law Grad | |
| | 2002 (8 yrs. (as of 05/02)): | 19.7 hrs. |
| | 2003 (9 yrs. (as of 05/03)): | 11.1 hrs. |
| | 2004 (9 yrs. (prior to 05/04)): | .7 hrs. |
| Carolyn P. Weiss | 1997 Law Grad | |
| | 2002 (5 yrs. (as of 05/02)): | 73.8 hrs. |
| | 2003 (6 yrs. (as of 05/03)): | 94.5 hrs. |
| | 2004 (6 yrs. (prior to 05/04)): | 4.8 hrs. |
| Brandi O. Brown | 2002 Law Grad | |
| | 2002 (1st year--graduated 05/02): | 6.1 hrs. |