IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEANETTE MELLERSON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. L-01-2090 |
| JOANNE B. BARNHART,<br>Commissioner, Social Security Admin., | : | |
| Defendant. | : | |

: : : : : : :

## **O R D E R**

For the reasons stated in the foregoing Memorandum of same date, it is this 18th day of June, 2004, hereby **ORDERED** that Plaintiff's petition for attorneys' fees and costs is GRANTED in the amount of $105,522.15.

Defendant, no later than 30 days from the date of this Order, will pay $32,313.06 to the Washington Lawyers' Committee for Civil Rights and Urban Affairs, and $73,209.09 to Piper Rudnick LLP.

_____/s/_____

Paul W. Grimm
United States Magistrate Judge