IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANNETTE MELLERSON | * | |
| Plaintiff(s) | | |
| | * | |
| v. | | Civil Action No.: L-01-2090 |
| | * | |
| JOANNE B. BARNHART | | |
| Defendant(s) | * | |

******

**ORDER**

Having disposed of Plaintiff's motion for attorney fees and costs (Paper No. 68), it is this 3rd day of September 2004 ORDERED that this case be closed. The entry of this Order is without prejudice to the right of a party to move for good cause within thirty days to reopen this action if settlement is not consummated.

/s/

_____
Paul W. Grimm
United States Magistrate Judge